UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN J. TOPALIAN,

                              Plaintiff,

      -against-

HARTFORD LIFE INSURANCE COMPANY,

                              Defendant.
-----------------------------------------------------------X

Civil Action No.: 10-cv-1965 (KAM) (VVP)

**RULE 7.1 DISCLOSURE**
**STATEMENT**

**DOCUMENT ELECTRONICALLY FILED**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, HARTFORD LIFE INSURANCE COMPANY, certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

1. Hartford Life Group Insurance Company;

2. Hartford Life and Accident Insurance Company;

3. Hartford Life, Inc.;

4. Hartford Holdings, Inc.; and

5. The Hartford Financial Services Group, Inc.

NY/581036v1

The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. No publicly held corporation currently owns 10% or more of its common stock. Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

Dated: New York, New York
July 9, 2010

Respectfully Submitted,

s/
_____
MICHAEL H. BERNSTEIN (MHB-0579)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
(SDMA File No. 02489-000075)
***Attorneys for Defendant***
HARTFORD LIFE INSURANCE COMPANY

TO:

Michael E. Quiat, Esq. (MEQ-8238)
USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
(201) 342-7100
*Attorneys for Plaintiff*

NY/581036v12

## **_CERTIFICATE OF SERVICE_**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **ANSWER** (for Hartford Life Insurance Company) was served by **ECF and Regular Mail** on July 9, 2010, upon the following:

Michael E. Quiat, Esq. (MEQ-8238)
USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
(201) 342-7100
*Attorneys for Plaintiff*

s/
_____
MICHAEL H. BERNSTEIN  (MB-0579)