BEFORE:   VIKTOR V. POHORELSKY              DATE:         3/14/11
            U.S. MAGISTRATE JUDGE           START TIME:   2:00 p.m.
                                                                END TIME:     2:14 p.m.

DOCKET NO.   CV-10-1965                          JUDGE:        KAM

CASE NAME:   Topalian v. Hartford Life Ins. Co.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff   Michael Quiat
                        Defendant   Michael Bernstein

SCHEDULING AND RULINGS:

1. Within one week after the entry of the stipulated protective order, the defendant shall produce documents subject to the order; within three weeks after the entry of the stipulated protective order, the plaintiff shall make any motion to compel; the defendant shall respond within seven days thereafter; no replies.

2. The next conference will be held by telephone on **April 20, 2011 at 2:30 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).