LAW OFFICES
# USCHER, QUIAT, USCHER & RUSSO
A PROFESSIONAL CORPORATION

433 HACKENSACK AVENUE
HACKENSACK, NJ 07601

ARTHUR USCHER
MICHAEL E. QUIAT*
JOSEPH A. RUSSO*
MATTHEW T. SCHRIEKS+
PATRICK X. AMORESANO°
OF COUNSEL

*ADMITTED TO NY & NJ BARS
+ADMITTED TO NJ & FL BARS
°CERTIFIED CIVIL TRIAL ATTORNEY

TELEPHONE (201) 342-7100
FAX (201) 342-1810
www.uqur.com

NEW YORK OFFICE
355 LEXINGTON AVENUE
NEW YORK, NY 10017
TELEPHONE (212) 856-1214
FAX (212) 983-0772

ETHAN V. FINNERAN*
OF COUNSEL

WILLIAM USCHER
(1959-2003)

April 6, 2011

*Via Electronic Case Filing*

Honorable Viktor V. Pohorelsky, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Stephen J. Topalian v. Hartford Life Insurance Company*
*Civil Action No. 1:10-CV-01965-KAM-VVP*

Dear Magistrate Judge Pohorelsky:

This firm represents Plaintiff in connection with the above referenced ERISA long term disability benefits litigation.

During a telephone conference with the Court on March 14, 2011, Your Honor directed that the Defendant produce documents subject to the Stipulated Protective Order *within one week after entry of the Order*. (See attached). The Court entered the Stipulated Protective Order on March 15, 2011.

The Court further ordered that Plaintiff had three weeks after the entry of the Stipulated Protective Order within which to make any Motion to compel further production of documents.

Notwithstanding the Court's Order, Plaintiff did not receive the additional discovery until today, April 6, 2011, when we received from Defendant a CD Rom with over 1300 pages of information, which we are in the process of reviewing.

In view of the above, Plaintiff respectfully requests that the Court extend Plaintiff's time within which to file a Motion to Compel, until Plaintiff has had a reasonable opportunity to review the voluminous documents which were served upon us today.

This matter is scheduled for a telephone conference with the Court on April 20, 2011, at which point Plaintiff will be in a position to inform the Court and counsel as to whether an application to compel production of additional discovery is going to be necessary.

Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        USCHER, QUIAT, USCHER & RUSSO
                                        A Professional Corporation

                                        MICHAEL E. QUIAT

MEQ:ln
Cc:   John Seybert, Esq.
       Sedgwick, Detert, Moran & Arnold, LLP

G:\Disability\Topalian\Judge Pohorelsky 4-6-11.doc

Michael Quiat
_____

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, March 14, 2011 4:44 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:10-cv-01965-KAM -VVP Topalian v. Hartford Life Insurance Company Telephone Conference |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/14/2011 at 4:43 PM EDT and filed on 3/14/2011
**Case Name:** Topalian v. Hartford Life Insurance Company
**Case Number:** 1:10-cv-01965-KAM -VVP
**Filer:**
**Document Number:** 17

Docket Text:
**MINUTE ENTRY for Telephone Status Conference held on 3/14/11 before Magistrate Judge Viktor V. Pohorelsky: Within one week after the entry of the stipulated protective order, the defendant shall produce documents subject to the order; within three weeks after the entry of the stipulated protective order, the plaintiff shall make any motion to compel; the defendant shall respond within seven days thereafter; no replies. The next conference will be held by telephone on April 20, 2011 at 2:30 p.m., to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). (Newton, Joan)**


**1:10-cv-01965-KAM -VVP Notice has been electronically mailed to:**

Michael H. Bernstein  Michael.bernstein@SDMA.com

John Thomas Seybert  john.seybert@sdma.com

Michael E. Quiat  mquiat@uqur.com, lnixon@uqur.com, mschrieks@uqur.com

Elizabeth Richer Chesler  elizabeth.chesler@sdma.com

**1:10-cv-01965-KAM -VVP Notice will not be electronically mailed to:**

1

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/14/2011] [FileNumber=5897330-0]
[c56c2977be3124b3153bdf38bac034e5a50422d42eb4f32bb0a2a20ce8e8a1470249d
e84c806ae77f5c73aa408b28b1530061a716f1dd7f322fd995dc3562062]]