BEFORE:    VIKTOR V. POHORELSKY             DATE:     4/20/11
               U.S. MAGISTRATE JUDGE           START TIME:    2:30 p.m.
                                                                    END TIME:    2:45 p.m.

DOCKET NO.    CV-10-1965                                JUDGE:     KAM

CASE NAME:     Topalian v. Hartford Life Ins. Co.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Status

APPEARANCES:     Plaintiff     Michael Quiat
                               Defendant    Michael Bernstein, John Seybert

SCHEDULING AND RULINGS:

1. The plaintiff will probably seek to take depositions of two individuals employed by the defendant who had involvement in the decisions regarding the plaintiff's claims. Any such depositions are to be completed before the next conference. If the parties are unable to reach agreement on the scope of the depositions, the defendant shall promptly make a motion for a protective order limiting, or barring, one or both of the depositions.

2. The next conference will be held by telephone on **June 9, 2011 at 2:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).