| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 10/4/11 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 2:15 p.m. |
| DOCKET NO. | CV-10-1965 | JUDGE: | KAM |

CASE NAME:   Topalian v. Hartford Life Ins. Co.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiff   Michael Quiat
               Defendant  Michael Bernstein

SCHEDULING AND RULINGS:

1. The plaintiff communicated a demand for settlement to the defendant but the parties are too far apart to make a settlement conference meaningful.  Accordingly, they shall either jointly or separately submit a letter seeking a premotion conference to Judge Matsumoto on or before October 25, 2011.

2. The next conference will be held by telephone on **October 26, 2011 at 3:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400).  The conference will be marked off the calendar, however, if a premotion conference has been requested by the deadline above.