LAW OFFICES
## USCHER, QUIAT, USCHER & RUSSO
A PROFESSIONAL CORPORATION

433 HACKENSACK AVENUE
HACKENSACK, NJ 07601

TELEPHONE (201) 342-7100
FAX (201) 342-1810
www.uqur.com

ARTHUR USCHER
MICHAEL E. QUIAT*
JOSEPH A. RUSSO*
MATTHEW T. SCHRIEKS+
PATRICK X. AMORESANO°
OF COUNSEL

*ADMITTED TO NY & NJ BARS
+ADMITTED TO NJ & FL BARS
°CERTIFIED CIVIL TRIAL ATTORNEY

NEW YORK OFFICE
355 LEXINGTON AVENUE
NEW YORK, NY 10017
TELEPHONE (212) 856-1214
FAX (212) 983-0772

ETHAN V. FINNERAN*
OF COUNSEL

WILLIAM USCHER
(1959-2003)

November 2, 2011

*Via Electronic Case Filing*

Honorable Kiyo A. Matsumoto, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: Stephen J. Topalian v. Hartford Life Insurance Company
     Civil Action No. 1:10-CV-01965-KAM-VVP

Dear Judge Matsumoto:

  This letter follows up on the Court's Order setting this matter down for a telephone conference on Friday, November 4, 2011 at 2:00 p.m.

  Please be advised that I will be in Court on another matter in the United States District Court, District of New Jersey at the time of this scheduled telephone conference. As a result, I have asked for my adversary's consent in requesting an adjournment of this date.

  Counsel for the Defendant has agreed to reschedule the date and time of the conference call to some time on Tuesday, November 8, 2011, subject of course, to the Court's availability.

  In view of the above, I respectfully ask Your Honor to reschedule this telephone conference to November 8, 2011, at a time which is convenient to the Court.

              Respectfully submitted,

              USCHER, QUIAT, USCHER & RUSSO
              A Professional Corporation

              MICHAEL E. QUIAT

MEQ:ln
Cc: Mr. Stephen Topalian
    Michael H. Bernstein, Esq.

G:\Disability\Topalian\Judge Matsumoto 11-2-11.docx