UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN J. TOPALIAN,                                              Civ. Act. No.: 10-cv-1965 (KAM) (VVP)

                    Plaintiff,

       -against-                                                              **NOTICE OF MOTION**

HARTFORD LIFE INSURANCE COMPANY,
                                           DOCUMENT
                  Defendant.                         ELECTRONICALLY FILED
-----------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Declaration of Genie M. Guthrie dated February 22, 2012 and the exhibits annexed thereto, the Declaration of Bruce Luddy dated February 23, 2012, the Declaration of Michael H. Bernstein, Esq. dated February 29, 2012, the Rule 56.1 Statement of Material Facts, and Memorandum of Law in support, all simultaneously submitted herewith, defendant, HARTFORD LIFE INSURANCE COMPANY ("Hartford"), by its attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Hon. Kiyo A. Matsumoto, U.S.D.J., at the United States District Courthouse for the Eastern District Of New York, 225 Cadman Plaza East, Courtroom N4E, Brooklyn, New York 11201 for an Order pursuant to Rule 56, FED. R. CIV. PROC., granting summary judgment and dismissing plaintiff's Complaint, which seeks relief under the Employee Retirement Income Security Act of 1974 ("ERISA") §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B), with prejudice on the grounds that Hartford's decision to deny his claim for continuing long-term disability benefits under the governing ERISA plan was not arbitrary and capricious and for such other and further relief this Court deems just and proper.

      This Court granted leave to the parties to file their respective motions for summary judgment by Order dated January 3, 2012.  (Doc. No. 47).

NY/848486v1

Dated: New York, New York
       February 29, 2012

Respectfully Submitted,

s/_____
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
DANIEL M. MEIER (DM 2833)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
(SDMA File No. 02489-000082)
**Attorneys for Defendant**
HARTFORD LIFE INSURANCE COMPANY

To:   Michael E. Quiat Esq.
      Uscher, Quiat, Uscher & Russo
      433 Hackensack Avenue, 2d Floor
      Hackensack NJ 07601
      Business E-mail: mquiat@uqur.com
      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, DANIEL M. MEIER, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served **via email** and **via FedEx** on February 29, 2012, upon the following:

>
> Michael E. Quiat Esq.
> Uscher, Quiat, Uscher & Russo
> 433 Hackensack Avenue, 2d Floor
> Hackensack NJ 07601
> Business Phone:  (201) 342-7100
> Business E-mail:  mquiat@uqur.com

Dated:  New York, New York
        February 29, 2012

                                                s/ _____
                                                DANIEL M. MEIER (DM 2833)