UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN J. TOPALIAN,　　　　　　　　　　　Civ. Act. No.: 10-cv-1965 (KAM) (VVP)

　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　**DECLARATION OF**
　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL H. BERNSTEIN**
HARTFORD LIFE INSURANCE COMPANY,

　　　　　　　　Defendant.　　　　　　　　　DOCUMENT
-----------------------------------------------------------X　ELECTRONICALLY FILED

　　　　MICHAEL H. BERNSTEIN, being duly sworn, deposes and states:

　　　　1.　　I am a member of the firm of Sedgwick LLP, attorneys for defendant Hartford Life Insurance Company ("Hartford"). As such, I am fully familiar with the facts and circumstances in this matter.

　　　　2.　　I submit this Declaration and the exhibits annexed hereto in support of Hartford's motion for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment dismissing plaintiff Stephen J. Topalian's ("Topalian") Complaint in its entirety and for such other and further relief as this Court may deem just and proper.

　　　　3.　　Annexed hereto as Exhibit "A" is a true and correct copy of Hartford's response to Topalian's First Set of Interrogatories, dated January 10, 2011.

Dated:　New York, New York
　　　　　April 11, 2012

　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is
　　　　　　　　　　　　　　　　　　　true and correct.


　　　　　　　　　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　　　　　MICHAEL H. BERNSTEIN (MB 0579)

NY/851329v1

## CERTIFICATE OF SERVICE

I, DANIEL M. MEIER, hereby certify and affirm that a true and correct copy of the attached **DECLARATION OF MICHAEL H. BERNSTEIN** was served **via E-mail and Regular Mail** on April 11, 2012, upon the following:

Michael E. Quiat Esq.
Uscher, Quiat, Uscher & Russo
433 Hackensack Avenue, 2d Floor
Hackensack NJ 07601
Business Phone:  (201) 342-7100
Business E-mail:  mquiat@uqur.com

Dated: New York, New York
April 11, 2012

                                                            s/
                                                    DANIEL M. MEIER (DM 2833)