**USCHER, QUIAT, USCHER & RUSSO, P.C.**
  *By:* Michael E. Quiat, Esq.
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
201-342-7100
Fax: 201-342-1810
mquiat@UQUR.com
*Attorneys for Plaintiff Stephen J. Topalian*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN J. TOPALIAN,<br><br>    Plaintiff<br><br>vs.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.: 10-1965 (KAM) (VVP)<br><br>**AFFIDAVIT<br>OF<br>SERVICE**<br><br>**DOCUMENT ELECTRONICALLY FILED** |

STATE OF NEW JERSEY )
                                       )  SS:
COUNTY OF BERGEN    )

MICHAEL E. QUIAT, being duly sworn, deposes and says:

1. I am a principal in the firm of Uscher, Quiat, Uscher & Russo, a Professional Corporation, attorneys for the Plaintiff, Stephen J. Topalian, in the above-captioned matter.

2. On March 28, 2012, I served Plaintiff's Memorandum Of Law In Opposition to Defendant's Cross Motion for Summary Judgment, Affidavit of Michael E. Quiat in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Response to

Defendant's Rule 56.1 Statement, in the above-captioned matter via Electronic and Regular Mail to:

>Michael H. Bernstein, Esq.
>John Seybert, Esq.
>Sedgwick, Detert, Moran & Arnold, L.L.P.
>125 Broad Street, 39th Floor
>New York, NY 10004
>Phone 212-422-0202
>Fax    212-422-0925

>**USCHER, QUIAT, USCHER & RUSSO**
>A Professional Corporation
>433 Hackensack Avenue, 2nd Floor
>Hackensack, NJ 07601
>Phone 201-342-7100
>Fax    201-342-1810
>
>By: _____
>MICHAEL E. QUIAT (MEQ-8238)
>Attorneys for Plaintiff, Stephen J. Topalian

Sworn and subscribed to before me

This 28th day of March, 2012

_Elizabeth C Nixon_

Elizabeth Constance Nixon
Notary Public, New Jersey
My Commission Expires 7-13-16